[Cite as *State ex rel. Glaze v. Saffold*, 2013-Ohio-378.]

# Court of Appeals of Ohio

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

JOURNAL ENTRY AND OPINION
**No. 98872**

# STATE OF OHIO EX REL.,
# ISAIAH GLAZE

RELATOR

vs.

# JUDGE SHIRLEY STRICKLAND SAFFOLD

RESPONDENT

## JUDGMENT:
WRIT DENIED

Writ of Mandamus
Motion No. 458815
Order No. 461943

**RELEASE DATE:** February 6, 2013

**FOR RELATOR**

Isaiah Glaze, Pro Se
Inmate No. 620541
Grafton Correctional Institution
2500 South Avon Belden Road
Grafton, OH    44044


**ATTORNEYS FOR RESPONDENT**

Timothy J. McGinty
Cuyahoga County Prosecutor

BY:    James E. Moss
Assistant County Prosecutor
The Justice Center, 8th Floor
1200 Ontario Street
Cleveland, OH    44113

MELODY J. STEWART, A.J.:

{¶1} On August 29, 2012, the relator, Isaiah Glaze, commenced this mandamus action against the respondent, Judge Shirley Strickland Saffold, to compel the judge to rule on his motion for jail-time credit, filed on May 4, 2012, in the underlying case, *State v. Glaze*, Cuyahoga C.P. No. CR-543847. On September 24, 2012, the respondent moved for summary judgment on the grounds of mootness. Attached to the dispositive motion was a certified copy of a signed and file-stamped September 20, 2012 journal entry granting 32 days of jail-time credit in the underlying case. Glaze did not file a response to the summary judgment motion. This establishes that the relator has received his requested relief and that the action is, therefore, moot. To the extent that Glaze may wish to dispute the amount of credit, his remedy is or was by way of appeal. *State ex rel. Rudolph v. Horton*, 119 Ohio St.3d 350, 2008-Ohio-4476, 894 N.E.2d 49; and *State ex rel. Corder v. Wilson*, 68 Ohio App.3d 567, 589 N.E.2d 113 (10th Dist.1991).

{¶2} Accordingly, the court grants the respondent's motion for summary judgment and denies the application for a writ of mandamus. Costs assessed against respondent; costs waived. This court directs the clerk of court to serve all parties notice of this judgment and its date of entry upon the journal as required by Civ.R. 58(B).

_____
MELODY J. STEWART, ADMINISTRATIVE JUDGE

MARY J. BOYLE, J., and
SEAN C. GALLAGHER, J., CONCUR